RECEIVED
JUL 29 2019
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

(Rev. 5/1/13)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_______________ DIVISION

ABDUL W. U'DIN
aka: REGINALD T. MORRIS
Plaintiff

Civil Action No. 3:19-cv-0998 SEC. P

Prisoner # 353176

VS.

Judge ______________

Magistrate Judge ______________

CALDWELL CORRECTIONAL CENTER
Defendant

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

**I. Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [✓] No [ ]

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

Western Districts of Louisiana Lafayette & Rapedes Parishes.

2. Name the parties to the previous lawsuit(s):

Plaintiffs: ABDUL W. U'DIN aka REGINALD T. MORRIS

Defendants: C.P.C.F., L.P.C.C., Security

3. Docket number(s): #1:18-cv-1322-P; 6:18-cv-01323 sec P, 1:19-cv-00230 sec P;

4. Date(s) on which each lawsuit was filed: 11-08-18 / 10-9-18 or 10-12-18 / 2-27-19

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]: 3/19/19 Dismissed by Judge DDD I objected sighting case law Caldwell v Caesar & question impartiality I was shipped from LPCC after attaining evidence to prove my case. May 14th I was informed of mail → continue on attachment.

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [✓] No [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

Dismissed with prejudice (via. attachment.

**II. a. Name of institution and address of current place of confinement:**

Caldwell Correctional Center

b. Is there a prison grievance procedure in this institution?

Yes [✓] No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓] No [ ]

2. If you did not file an administrative grievance, explain why you have not done so.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I was advised that I will be shipped, because they (C.C.C.) do not have special diets. I will be shipped before the next step.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

a. Plaintiff, ABDUL W. U'DIN (aka REGINALD T. MORRIS

Address 671 Hwy. 845, Grayson, LA 71435

(Rev. 5/1/13)

b. Defendant, Major Tatum, is employed as Major at C. C. C. (Caldwell Corrts. Ctr.)

Defendant, Ms. Corley, is employed as Nurse at C.C.C.

Defendant, Mr. King, is employed as Security Officer at C.C.C.

Additional defendants, African American Nurse.

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 7-17-19, I arrived at Caldwell Correctional Center (C.C.C) In processing, I informed the booking officers that I'm a vegetarian. I was advised by Major Tatum that there is no special diets. I advised the Major that I'm Buddhist (Mahayana) and I practice the life style of the ancients. One officer 'looked-it-up' on his phone. He thought I 'made-it-up.' He apologised. Approximately 12:35pm 1:00 pm lunch was served. I was told, "You're not going to eat well don't eat it, you're going to be hungry. I haven't eaten one nutritionally adequate meal. and in (well there is case law that refers to my situation) I'll send it as an Amendment. The case law DOD ignored. 7-25-19 I haven't received a nutritionally adequate meal. I'm told no vegetarian diet, no special diets.

*(Rev. 5/1/13)*

**V. Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

$5,000,000.00 in relief (damages).

**VI. Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this** 25th **day of** July **, 20** 19 .

#353176 — Abdul W. U'Din

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)** — **Signature of Plaintiff**