RECEIVED

JUL 29 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

3:19-cv-0998 SEC P

7-25-19

Clerk,

Be advised that I've contacted you three times in ~~reguard~~ referane to the L.P.C.C. federal mail that was sent to me but I was no longer housed there, therefore, the mail was returned to sender and I stressed this be handled in a timely manner. I have dates I coresspounded and and delay is on the clerk part. I'm still waiting on the mail that I missed at L.P.C.C. I also advised that I needed time extension because of return to sender mail. I do not control where or when I will be moved.

I had someone get the address to the Supreme Court. Thank you for you assistance.

I sent an Amendment to the filling in Lafayette Parish a 2018 case. Apparently no one was advised of my new location, I fowarded that information to you and ask you to notify all venues where I have case filings. I also notified you that now I held under the name ABDUL W. U'Din.

Abdul W. U'Din

aka Reginald T. Morris

*I'm in contact with Motley Rice, The ACLU, Human Rights watch and others. We must get this right.