Abdul W-U Din
671 Hwy 845
Grayson, LA 71435




X-RAY

Clerk, U.S. District Court
Western Dist. of Louisiana
300 Fannin St, Ste 1167.
Shreveport, LA 71101-3083
(Official Legal Business)

RECEIVED
JUL 29 2019
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

Caldwell Parish
Law Enforcement Distric
Correction Center
UNCENSORED